UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GAYLE A. YOUNG-DOHRMAN, | ) No. 1:15-CV-03048-LRS |
| Plaintiff, | ) STIPULATED MOTION AND |
| v. | ) PROTECTIVE ORDER |
| CENTRAL WASHINGTON UNIVERSITY, | ) |
| Defendant. | ) |

Plaintiff Gayle A. Young-Dohrman and Defendant Central Washington University jointly file this motion seeking to protect confidential proprietary, or private information that warrants special protection ("Stipulated Protective Order").

Accordingly, the parties agree to jointly file this stipulated motion for protective order.

DATED this 2nd day of September, 2015.

Cline & Casillas
Attorneys for Gayle A. Young-Dohrman

By *s/Reba Weiss*
Reba Weiss, WSBA #12876
520 Pike St., Suite 1125
Seattle, WA 98101
P: 206-838-8770
F: 206-838-8775
rweiss@clinelawfirm.com

Assistant Attorney General
Attorneys for Central Washington University

By */s/ Amy C. Clemmons*
Amy C. Clemmons, WSBA No. 22997
1116 W. Riverside Avenue, Suite 100
Spokane, WA 99201
Telephone: (509) 458-3545
AmyC2@atg.wa.gov

**ORDER**

IT IS SO ORDERED.

DATED this 9th day of September, 2015.

*s/Lonny R. Suko*

Lonny R. Suko
SENIOR U.S. DISTRICT COURT JUDGE

STIPULATED MOTION AND STIPULATED
PROTECTIVE ORDER (15-03048-LRS) - 1

Cline & Casillas
520 Pike Street, Suite 1125
Seattle, WA 98101
Telephone: 206-838-8770
Facsimile: 206-838-8775

1  Presented by:

2  Cline & Casillas

3  Attorneys for Gayle A. Young-Dohrman

4  By *s/Reba Weiss*
     Reba Weiss, WSBA #12876
5    520 Pike St., Suite 1125
     Seattle, WA 98101
6    P: 206-838-8770
     F: 206-838-8775
7    rweiss@clinelawfirm.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND STIPULATED
PROTECTIVE ORDER (15-03048-LRS) - 2

Cline & Casillas
520 Pike Street, Suite 1125
Seattle, WA  98101
Telephone: 206-838-8770
Facsimile: 206-838-8775