UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

GAYLE A. YOUNG-DOHRMAN,                )
                                                              )   NO. **CV-15-3048-LRS**
      Plaintiff,                        )
                                                              )
      v.                                  **)**   **ORDER OF DISMISSAL**
                                                              )
CENTRAL WASHINGTON                 )
UNIVERSITY,                                     )
                                                              )
      Defendant.                       )
_____)

     Pursuant to the Stipulation Of Dismissal (ECF No. 22) filed by the parties, the captioned action is **DISMISSED with prejudice** and without costs.

     **IT IS SO ORDERED.**  The District Court Executive is directed to enter this order and to provide copies to counsel of record.

     **DATED** this ___5th___ day of November, 2015.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Senior United States District Judge

**ORDER OF DISMISSAL-**          **1**